UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 13-15 |
| ANTHONY PENN | * | SECTION: K |

\* .* * * * * *

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE SENTENCING

NOW INTO COURT comes the defendant, Anthony Penn, appearing herein through the undersigned counsel, who moves this Court to continue his sentencing in the above-captioned matter currently set before this Court on April 16, 2014 at 9:00 a.m. for the following reasons:

Per the terms of his plea agreement, the defendant has agreed to cooperate with the Government. The defendant and the Government need additional time to complete this cooperation and advise the Court of the results. Specifically, the trial of co-defendant Kenneth Johnson has been continued until September 22, 2014. Mr. Penn has been subpoenaed by the Government to testify at the trial of Kenneth Johnson. Mr. Penn's testimony at that trial is a factor that the Court will be asked to consider at Mr. Penn's sentencing.

Assistant U.S. Attorney Spiro Latsis has been contacted and has advised that he has no objection to this motion.

WHEREFORE, the defendant requests that this Court continue the sentencing of the defendant and reschedule it to a date at least seven (7) days after the completion of Kenneth Johnson's trial.

2126421-1

Respectfully submitted,

*/s/ Walter F. Becker, Jr.*
Walter F. Becker, Jr., #1685
CHAFFE McCALL, L.L.P.
1100 Poydras Street
2300 Energy Centre
New Orleans, LA 70163-2300
Telephone: 504.585.7000
Facsimile: 504.585.7075
E-mail: becker@chaffe.com
***Attorney for Defendant Anthony Penn***

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2014, I electronically filed the foregoing Unopposed Motion to Continue with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Walter F. Becker, Jr.*

2126421-1