UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| --- | --- | --- |
| VERSUS | * | NO. 13-15 |
| ANTHONY PENN | * | SECTION: K |

\* \* \* \* \* \* \*

## ORDER

Based on the foregoing;

IT IS HEREBY ORDERED that the sentencing of the defendant, Anthony Penn, now set on April 16, 2014 at 9:00 a.m., be continued until the 15th day of October, 2014, at 9:00 a.m.

New Orleans, Louisiana, this 24th day of March 2014.

HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

2126421-1